

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2019

No. 04-19-00530-CV

Gwendolyn Yvonne **MUHAMMAD**,
Appellant

v.

**TITLEMAX**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV07019
Honorable J Frank Davis, Judge Presiding

# O R D E R

On September 17, 2019, this court received appellant's brief. The brief violates rule 38.1 of the Texas Rules of Appellate Procedure in that the brief lacks a list of the parties and counsel, a table of contents, index of authorities, statement of the case, a statement of the issues presented, a statement of facts, a summary of the argument, and an appendix. *See* TEX. R. APP. P. 38.1. The brief also violates rule 38.1 in that it does not contain any citations to authorities or to the record. *See* TEX. R. APP. P. 38.1(g), (i), In addition, the brief does not contain a certificate of compliance or a certificate of service as required by rules 9.4 and 9.5, respectively, of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(3), 9.5(e). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is further ORDERED that appellant file an amended brief, in compliance with Rules 9.4, 9.5, and 38.1, that remedies the omissions identified above. It is further ORDERED that appellant's amended brief is due to be filed in this court no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2019.



_____
LUZ ESTRADA,
Chief Deputy Clerk